

# NUMBER 13-25-00517-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ADRIAN RAMOS,**                                                                              **Appellant,**

**v.**

**PEGGY FALLS BAGNALL,**                                                          **Appellee.**

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF SAN PATRICIO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West**
**Memorandum Opinion by Justice West**

On October 15, 2025, appellant filed a notice of appeal attempting to appeal an order or judgment in trial court cause number S-22-5076CV-A. On October 17, 2025, the Clerk of the Court requested that appellant pay the $205.00 filing fee for the notice of appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or

these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court).

On November 17, 2025, the Clerk of the Court notified appellant that he was delinquent in submitting the filing fee for the appeal and informed him that the appeal would be dismissed if the filing fee was not paid within 10 days from the date of the notice. *See* TEX. R. APP. P. 42.3(c). On November 24, 2025, appellant was hand delivered a copy of the notice by the Clerk of the Court. Furthermore, the notice was mailed to appellant via certified mail, and we have received the return receipt.

To date, appellant has failed to pay the filing fee for the notice of appeal or otherwise respond to the clerk's notice. This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

Finally, on November 24, 2025, the Clerk of the Court received a motion for extension to time to file a notice of appeal. However, on the same day, appellant was instructed, by letter notice, that the motion failed to comply with the Texas Rules of Appellate Procedures in several ways. However, an appellate court may--to expedite a decision or for other good cause--suspend a rule's operation in a particular case and order

2

a different procedure. *See id.* 2. Accordingly, the motion shall be marked filed as of the date received and is hereby denied.

JON WEST
Justice

Delivered and filed on the
12th day of February, 2026.